FILED '09 JUN 22 16:59 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ANGELINA VARGAS,                          )
                                          )
                        Plaintiff,        )        Civil No. 08-6263-TC
                                          )
             v.                           )        ORDER
                                          )
OPEN ARMS ADULT FOSTER HOME, Inc.,        )
an Oregon Corporation,                    )
                                          )
_____Defendant._____)

    Plaintiff previously sought and received an entry of default
against defendant in this case.  Plaintiff now moves, pursuant to
Fed. R. Civ. P. 55(b), for a default judgment.  Plaintiff asserts
entitlement to unpaid wages, overtime and liquidated damages in the
amount of $23,367.20 pursuant to state and federal wage and hour
laws.  Plaintiff also seeks fees and costs.  The motion and its
supporting materials fail to set out the wage rate and how wages
were calculated.  Accordingly, the motion for a default judgment is
denied without prejudice.

<u>CONCLUSION</u>

Plaintiff's motions for default judgment (#7), bill of costs (#9) and judgment (#10) are denied without prejudice.


DATED this _____ day of June, 2009.

                    _____
                    United States District Judge


2 - ORDER